# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>　　Plaintiff,<br><br>v.<br><br>TP-LINK TECHNOLOGY CO., LTD.,<br>　　Defendant. | §§§§§§§§§§ | CIVIL ACTION 6:20-cv-01019-ADA<br><br><br><br>PATENT CASE<br><br><br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF THE FILING OF A
## PETITION FOR INTER-PARTES REVIEW

Pursuant to the Court's Published Standard Order Governing Proceedings – Patent Case ("Order Governing Proceedings, version 3.3"),[1] namely General Issue No. 4, Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development hereby provides notice that Unified Patents, LLC filed a petition requesting inter-partes review of the patent in-suit, U.S. Patent No. 7,333,770, on July 2, 2021. *See* IPR2021-01191, attached as Exhibit A. The PTAB has not yet issued a Notice of Filing Date Accorded. The following represents the expected schedule of the IPR proceeding if such a notice were issued today.

| | |
|---|---|
| July 16, 2021 | PTAB issues a Notice of Filing Date Accorded |
| January 16, 2022 | PTAB decision on institution expected |
| January 16, 2023 | If PTAB trial instituted, then PTAB final written decision expected |

---

[1] *See* https://www.txwd.uscourts.gov/wp-content/uploads/Standing%20Orders/Waco/Albright/Order%20Governing%20Proceedings%20-%20Patent%20Cases%20022321.pdf

Dated: July 16, 2021                    Respectfully submitted,

By:     */s/ Raymond W. Mort, III*
        Raymond W. Mort, III
        Texas State Bar No. 00791308
        raymort@austinlaw.com
        **The Mort Law Firm, PLLC**
        100 Congress Ave., Suite 2000
        Austin, TX 78701
        Tel/Fax: (512) 865-7950

        Adam G. Price
        Texas State Bar No. 24027750
        aprice@dinovoprice.com
        Christopher V. Goodpastor
        Texas State Bar No. 00791991
        cgoodpastor@dinovoprice.com
        Gregory S. Donahue
        Texas State Bar No. 24012539
        gdonahue@dinovoprice.com
        **DiNovo Price LLP**
        7000 N. MoPac Expressway, Suite 350
        Austin, TX 78731
        Telephone: (512) 539-2626
        Fax: (512) 539-2627

        *Counsel for Plaintiff WSOU Investments, LLC*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via the U.S. District Court [LIVE]-Document Filing System to all counsel of record on July 16, 2021.

        */s/     Raymond W. Mort, III*
        Raymond W. Mort, III